AO 247 (Rev. 11/23) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Brunswick Division

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 2:19CR00062-1 |
| Jamohl Swann | ) |
| | ) USM No: 50231-037 |
| Date of Original Judgment: July 28, 2020 | ) |
| Date of Previous Amended Judgment: N/A | ) Juanita Marie Holsey |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___13___ months **is reduced to** ___time served___.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___July 28, 2020___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: ___November 20, 2023___     _____
                                          *Judge's signature*

Effective Date: ___February 1, 2024___     LISA GODBEY WOOD
*(if different from order date)*            UNITED STATES DISTRICT JUDGE
                                          *Printed name and title*